AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
18 FEB 15 PM 1:18

| UNITED STATES OF AMERICA | WARRANT FOR ARREST  94260 198 |
|---|---|
| V. | |
| Jennifer Colabella AKA Jennifer Adams | Case Number: 05-cr-00199-BEN |

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jennifer Colabella AKA Jennifer Adams__
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

DATE: 2/8/2018
ARRESTED BY: [signature] Burns
            John Goffin
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title __See Above__ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Ortiz | 12/15/2017 San Diego, CA |
| Signature of Deputy | Date and Location |
| Bail fixed at $ No Bail | by The Honorable Roger T. Benitez |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

05CR00199BEN COLABELLA, JENNIFER